IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:16-cv-00020-D

WILLIAM L. BLOODWORTH AND
MADELYN S. BLOODWORTH,

    Plaintiffs,

v.

UNITRIN SAFEGUARD INSURANCE
COMPANY,

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME the parties to the above entitled action, Plaintiffs, William Bloodworth and Madelyn Bloodworth, and Defendant, Unitrin Safeguard Insurance Company, and hereby stipulate to a dismissal of this action, in its entirety, with prejudice Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

This the 15th day of March, 2016.

Respectfully Submitted,

/s/ John T. Jeffries
JOHN T. JEFFRIES
North Carolina Bar No: 22134
jjeffries@mgclaw.com
Attorneys for Defendant,
Unitrin Safeguard Insurance Co.
McAngus Goudelock & Courie
Post Office Box 30307
Charlotte, North Carolina 28230
Phone: (704) 643-6303

/s/ T. Dean Amos
T. DEAN AMOS
North Carolina Bar No: 14024
dean@amoskapral.com
Attorney for Plaintiffs,
William and Madelyn Bloodworth
Law Offices of Amos & Kapral, LLP
1331 North Center Street
Hickory, North Carolina 28601
Phone: (828) 855-3152